

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00166-CV

---

Terry Welker and T. Welker and Son, LLC; DSS HC, LLC d/b/a Dynamic Site Solutions, n/k/a True Dynamic Site Solutions, LLC; and John Hagy Custom Homes, LLC, Appellants

v.

Kathy Dotzler, Individually and as Trustee of Kathy Dotzler Living Trust, Appellees

---

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-23-003749

---

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine if it should be partially dismissed for failure to pay the required filing fee. *See* Tex. R. App. P. 5, 42.3.

On March 18, 2026, the Clerk of the Third Court of Appeals issued a notice advising Appellants Terry Welker and T. Welker and Son, LLC (Welker) and DSS HC, LLC d/b/a Dynamic

Site Solutions, n/k/a True Dynamic Site Solutions, LLC (Dynamic) of the required $205 filing fee and warned that failure to pay the fee might result in dismissal of the appeal.[1] *See* Tex. R. Civ. P. 145; Tex. R. App. P. 20.1. The Third Court of Appeals transferred this appeal to this Court on April 22, 2026.[2] Appellant John Hagy Custom Homes, LLC, paid the required filing fee on March 19, 2026.

On April 23, 2026, the Clerk of this Court issued second notices of nonpayment of the filing fee or proof of entitlement to a fee exemption to Welker and Dynamic. The notice requested payment on or before May 3, 2026. This Court's notice further advised that if the fee was not timely paid, the appeal could be dismissed without further notice.

As of this date, Appellants Welker and Dynamic have not paid the filing fee or otherwise shown that they are exempt from paying the fee. We dismiss this appeal with respect to these two appellants. *See* Tex. R. App. P. 5, 42.3(c).

MARIA SALAS MENDOZA, Chief Justice

May 28, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] Both of these appellants filed separate notices of appeal on March 16, 2026.

[2] The case was transferred pursuant to a docket equalization order issued by the Supreme Court of Texas. Tex. Gov't Code Ann. § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. Tex. R. App. P. 41.3.